**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: MANALLI, BETTY ANN | § | Case No. 07-70514-MB |
| | § | |
| , BAMBOOPS | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 08, 2007. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $        6,675.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 22.77 |
   | Bank service fees | 635.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]    $ | 6,017.23 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/11/2007 and the deadline for filing governmental claims was 09/04/2007. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,417.50. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,417.50, for a total compensation of $1,417.50.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $22.08, for total expenses of $22.08.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/04/2015          By: /s/BERNARD J. NATALE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 07-70514-MB  
**Case Name:** MANALLI, BETTY ANN  

**Period Ending:** 03/04/15

**Trustee:** (330370)  BERNARD J. NATALE  
**Filed (f) or Converted (c):** 03/08/07 (f)  
**§341(a) Meeting Date:** 04/05/07  
**Claims Bar Date:** 07/11/07  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  7289 COLOSSEUM DR ROCKFORD IL (RESIDENCE) | 90,000.00 | 0.00 | | 0.00 | FA |
| 2  1110 FERGUSON, ROCKFORD IL (FATHER'S HOME 1/3)<br>  Order entered on 3/2/15 approving abandonment of remaining balance due. | 15,500.00 | 11,300.00 | OA | 6,675.00 | FA |
| 3  CASH | 20.00 | 0.00 | | 0.00 | FA |
| 4  CHECKING - AMCORE BANK | 200.00 | 0.00 | | 0.00 | FA |
| 5  CHECKING - ASSOCIATED BANK | 140.00 | 0.00 | | 0.00 | FA |
| 6  SAVINGS - ROCKFORD MUNICIPAL CREDIT UNION | 130.00 | 0.00 | | 0.00 | FA |
| 7  HOUSEHOLD GOODS & FURNISHINGS | 3,000.00 | 0.00 | | 0.00 | FA |
| 8  TAPES, DVDS | 100.00 | 0.00 | | 0.00 | FA |
| 9  WEARING APPAREL | 60.00 | 60.00 | | 0.00 | FA |
| 10  JEWELRY | 100.00 | 0.00 | | 0.00 | FA |
| 11  CAMCORDER | 75.00 | 75.00 | | 0.00 | FA |
| 12  LIFE INSURANCE (DEATH BENEFIT ONLY) | 0.00 | 0.00 | | 0.00 | FA |
| 13  401K | 500.00 | 0.00 | | 0.00 | FA |
| 14  IMRF (MONTHLY BENEFIT) | 0.00 | 0.00 | | 0.00 | FA |
| 15  TAX REFUND ESTIMATED | Unknown | 350.00 | | 0.00 | FA |
| 16  1997 SATURN SC | 2,000.00 | 0.00 | | 0.00 | FA |
| 16  Assets  Totals (Excluding unknown values) | **$111,825.00** | **$11,785.00** | | **$6,675.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

  COURT APPROVED SALE OF DEBTOR'S INTEREST TO SISTER. PURCHASER LOST JOB AND CONTINUES TO MAKE PAYMENTS WHEN ABLE ON BALANCE DUE TO TRUSTEE . NO CHANGES FROM PRIOR REPORT EXCEPT FOR CONTINUED COLLECTION.

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 07-70514-MB  
**Case Name:** MANALLI, BETTY ANN

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 03/08/07 (f)  
**§341(a) Meeting Date:** 04/05/07

**Period Ending:** 03/04/15

**Claims Bar Date:** 07/11/07

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2007    **Current Projected Date Of Final Report (TFR):** July 1, 2015

Printed: 03/04/2015 03:59 PM    V.13.21

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 07-70514-MB  
**Case Name:** MANALLI, BETTY ANN  

**Taxpayer ID #:** **-***9892  
**Period Ending:** 03/04/15  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-********-65 - Checking Account  
**Blanket Bond:** $472,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/01/11 | {2} | Catherine Johnson | Acct #100; Payment #1; Pymt on Purchase of Real Estate | 1110-000 | 350.00 | | 350.00 |
| 08/02/11 | {2} | Catherine Johnson | Acct #100; Payment #2; Pymt on Compromise Re: Real Estate | 1110-000 | 350.00 | | 700.00 |
| 09/06/11 | {2} | Catherine Johnson | Acct #100; Payment #3; 3rd Pymt on Compromise Re: Real Estate | 1110-000 | 350.00 | | 1,050.00 |
| 10/03/11 | {2} | Catherine Johnson | Acct #100; Payment #4; Pymt on Real Estate Compromise | 1110-000 | 350.00 | | 1,400.00 |
| 10/31/11 | {2} | Catherine Johnson | Acct #100; Payment #5; Pymt on Compromise | 1110-000 | 350.00 | | 1,750.00 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,725.00 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,700.00 |
| 12/05/11 | {2} | Catherine Johnson | Acct #100; Payment #6; Payment on Compromise on Real Estate | 1110-000 | 350.00 | | 2,050.00 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,025.00 |
| 01/03/12 | {2} | Catherine Johnson | Acct #100; Payment #7; Pymt on Compromise Re: Property | 1110-000 | 350.00 | | 2,375.00 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,350.00 |
| 02/02/12 | {2} | Catherine Johnson | Acct #100; Payment #8; Pymt on Real Estate | 1110-000 | 350.00 | | 2,700.00 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,675.00 |
| 03/05/12 | {2} | Catherine Johnson | Acct #100; Payment #9; Payment on Compromise Re: Real Estate | 1110-000 | 350.00 | | 3,025.00 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,000.00 |
| 04/03/12 | {2} | Catherine Johnson | Acct #100; Payment #10; Pymt on Compromise Re: Real Estate | 1110-000 | 350.00 | | 3,350.00 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,325.00 |
| 05/03/12 | {2} | Catherine Johnson | Acct #100; Payment #11; Pymt on Real Estate Compromise | 1110-000 | 350.00 | | 3,675.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,650.00 |
| 06/04/12 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2012 FOR CASE #07-70514, #016018067 | 2300-000 | | 6.90 | 3,643.10 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,618.10 |
| 07/06/12 | {2} | Catherine Johnson | Acct #100; Payment #12; Pymt on Real Estate | 1110-000 | 350.00 | | 3,968.10 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,943.10 |
| 08/07/12 | {2} | Catherine Johnson | Acct #100; Payment #13; Pymt on Compromise Re Real Estate | 1110-000 | 350.00 | | 4,293.10 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,268.10 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,243.10 |

Subtotals : $4,550.00    $306.90

{} Asset reference(s)

Printed: 03/04/2015 03:59 PM    V.13.21

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 07-70514-MB  **Trustee:** BERNARD J. NATALE (330370)
**Case Name:** MANALLI, BETTY ANN  **Bank Name:** The Bank of New York Mellon
 **Account:** ****-********-65 - Checking Account
**Taxpayer ID #:** **-***9892  **Blanket Bond:** $472,000.00 (per case limit)
**Period Ending:** 03/04/15  **Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,218.10 |
| 11/05/12 | {2} | Catherine Johnson | Acct #100; Payment #14; Pymt on Compromise of Real Estate | 1110-000 | 350.00 | | 4,568.10 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,543.10 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,518.10 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033037088 20130117 | 9999-000 | | 4,518.10 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **4,900.00** | **4,900.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 4,518.10 | |
| | | | **Subtotal** | | **4,900.00** | **381.90** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,900.00** | **$381.90** | |

{} Asset reference(s)  Printed: 03/04/2015 03:59 PM    V.13.21

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 07-70514-MB | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | MANALLI, BETTY ANN | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ********65 - Checking Account |
| Taxpayer ID #: | **-***9892 | | Blanket Bond: | $472,000.00 (per case limit) |
| Period Ending: | 03/04/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 4,518.10 | | 4,518.10 |
| 01/31/13 | {2} | Catherine Johnson | Acct #100; Payment #15; Pymt on Compromise Re: Real Estate | 1110-000 | 350.00 | | 4,868.10 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,858.10 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,848.10 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,838.10 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,828.10 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,818.10 |
| 06/03/13 | 11002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/03/2013 FOR CASE #07-70514, Pymt Bond #016018067 Voided on 06/03/13 | 2300-003 | | 3.63 | 4,814.47 |
| 06/03/13 | 11002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/03/2013 FOR CASE #07-70514, Pymt Bond #016018067 Voided: check issued on 06/03/13 | 2300-003 | | -3.63 | 4,818.10 |
| 06/03/13 | 11003 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2013 FOR CASE #07-70514, Pymt of Bond #016018067 for 06/01/13 to 06/01/14 | 2300-000 | | 3.75 | 4,814.35 |
| 06/24/13 | {2} | Catherine Johnson | Acct #100; Payment #16; Pymt on Real Estate | 1110-000 | 200.00 | | 5,014.35 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,004.35 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,994.35 |
| 08/19/13 | | Catherine Johnson | Acct #100; Payment #16, 17; Partial Payment on Mo to Compromise Re: Real Estate | | 175.00 | | 5,169.35 |
| | {2} | | Acct #100; Payment #16; 150.00 Partial Payment on Mo to Compromise Re: Real Estate | 1110-000 | | | 5,169.35 |
| | {2} | | Acct #100; Payment #17; 25.00 Partial Payment on Mo to Compromise Re: Real Estate | 1110-000 | | | 5,169.35 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,159.35 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,149.35 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,139.35 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,129.35 |

Subtotals :   $5,243.10   $113.75

{} Asset reference(s)

Printed: 03/04/2015 03:59 PM   V.13.21

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 07-70514-MB  
**Case Name:** MANALLI, BETTY ANN  
**Taxpayer ID #:** **-***9892  
**Period Ending:** 03/04/15  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ********65 - Checking Account  
**Blanket Bond:** $472,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,119.35 |
| 01/23/14 | | Catherine Johnson | Acct #100; Payment #17, 18; Pymt on Compromise - Real Estate | | 350.00 | | 5,469.35 |
| | {2} | | Acct #100; Payment #17; 325.00 Pymt on Compromise - Real Estate | 1110-000 | | | 5,469.35 |
| | {2} | | Acct #100; Payment #18; 25.00 Pymt on Compromise - Real Estate | 1110-000 | | | 5,469.35 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,459.35 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,449.35 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,439.35 |
| 04/09/14 | | Catherine Johnson | Acct #100; Payment #18, 19; Pymt on Real Estate Compromise | | 350.00 | | 5,789.35 |
| | {2} | | Acct #100; Payment #18; 325.00 Pymt on Real Estate Compromise | 1110-000 | | | 5,789.35 |
| | {2} | | Acct #100; Payment #19; 25.00 Pymt on Real Estate Compromise | 1110-000 | | | 5,789.35 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,779.35 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,769.35 |
| 06/03/14 | 11004 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2014 FOR CASE #07-70514 | 2300-000 | | 10.84 | 5,758.51 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,748.51 |
| 07/14/14 | 11005 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/14/2014 FOR CASE #07-70514, 016018067 Voided on 07/14/14 | 2300-003 | | 0.41 | 5,748.10 |
| 07/14/14 | 11005 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/14/2014 FOR CASE #07-70514, 016018067 Voided: check issued on 07/14/14 | 2300-003 | | -0.41 | 5,748.51 |
| 07/14/14 | 11006 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/03/2014 FOR CASE #07-70514, BOND #016018067 | 2300-000 | | 1.28 | 5,747.23 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,737.23 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,727.23 |

Subtotals :        $700.00        $102.12

{} Asset reference(s)

Printed: 03/04/2015 03:59 PM    V.13.21

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 07-70514-MB  
**Case Name:** MANALLI, BETTY ANN  
**Taxpayer ID #:** **-***9892  
**Period Ending:** 03/04/15

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ********65 - Checking Account  
**Blanket Bond:** $472,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 09/08/14 | | Catherine Johnson | Acct #100; Payment #19, 20; Pymt on Compromise | | | 350.00 | | 6,077.23 |
| | {2} | | Acct #100; Payment #19; Pymt on Compromise | 325.00 | 1110-000 | | | 6,077.23 |
| | {2} | | Acct #100; Payment #20; Pymt on Compromise | 25.00 | 1110-000 | | | 6,077.23 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 6,067.23 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 6,057.23 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 6,047.23 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 6,037.23 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 6,027.23 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 6,017.23 |
| | | | **ACCOUNT TOTALS** | | | 6,293.10 | 275.87 | **$6,017.23** |
| | | | Less: Bank Transfers | | | 4,518.10 | 0.00 | |
| | | | **Subtotal** | | | 1,775.00 | 275.87 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$1,775.00** | **$275.87** | |

Net Receipts :   6,675.00  
Net Estate :   $6,675.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-********-65 | 4,900.00 | 381.90 | 0.00 |
| Checking # ********65 | 1,775.00 | 275.87 | 6,017.23 |
| | $6,675.00 | $657.77 | $6,017.23 |

{} Asset reference(s)

**EXHIBIT C**
**ANALYSIS OF CLAIMS REGISTER**     **Claims Bar Date:** July 11, 2007

**Case Number:** 07-70514-MB      Page: 1      **Date:** March 4, 2015
**Debtor Name:** MANALLI, BETTY ANN                **Time:** 03:59:30 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ATTY 199 | BERNARD J. NATALE, LTD. 6833 STALTER DRIVE, STE 201 ROCKFORD, IL 61108 | Admin Ch. 7 | ATTY FEES 4/10/07-3/04/15 | $2,616.00 | $0.00 | 2,616.00 |
| BOND 199 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | Admin Ch. 7 | | $0.00 | $0.00 | 0.00 |
| BOND 199 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | Admin Ch. 7 | | $10.84 | $10.84 | 0.00 |
| BOND 199 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | Admin Ch. 7 | | $1.28 | $1.28 | 0.00 |
| BOND 199 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | Admin Ch. 7 | | $3.75 | $3.75 | 0.00 |
| BOND 199 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | Admin Ch. 7 | | $6.90 | $6.90 | 0.00 |
| BOND 199 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | Admin Ch. 7 | | $0.00 | $0.00 | 0.00 |
| TRTE 199 | BERNARD J. NATALE 6833 STALTER DRIVE SUITE 201 ROCKFORD, IL 61108 | Admin Ch. 7 | | $1,417.50 | $0.00 | 1,417.50 |
| EXPATTY 199 | BERNARD J. NATALE, LTD. 6833 STALTER DRIVE, STE 201 ROCKFORD, IL 61108 | Admin Ch. 7 | EXP FOR 4/10/07-5/25/11 | $52.75 | $0.00 | 52.75 |
| EXPTRTE 199 | BERNARD J. NATALE 6833 STALTER DRIVE SUITE 201 ROCKFORD, IL 61108 | Admin Ch. 7 | | $22.08 | $0.00 | 22.08 |
| 1 610 | Discover Bank Discover Financial Services PO Box 3025 New Albany, OH 43054 | Unsecured | 3835 | $6,464.15 | $0.00 | 6,464.15 |
| 2 610 | Chase Bank USA, N.A. P O Box 1545 Wilmington, DE 19850-5145 | Unsecured | 5226 | $14,232.03 | $0.00 | 14,232.03 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 11, 2007

**Case Number:** 07-70514-MB  
**Debtor Name:** MANALLI, BETTY ANN

Page: 2

**Date:** March 4, 2015  
**Time:** 03:59:30 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 610 | Chase Bank USA NA<br>P O Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | 7205<br>Effective 10/09/07 claim transferred to Chase Bank from Upfront Rewards Visa Platinum | $14,438.05 | $0.00 | 14,438.05 |
| 4 610 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | 1005 | $3,361.36 | $0.00 | 3,361.36 |
| **<< Totals >>** | | | | 42,626.69 | 22.77 | 42,603.92 |

**TRUSTEE'S PROPOSED DISTRIBUTION**   Exhibit D

Case No.: 07-70514-MB
Case Name: MANALLI, BETTY ANN
Trustee Name: BERNARD J. NATALE

**Balance on hand:**   $ 6,017.23

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $ 0.00
Remaining balance:   $ 6,017.23

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,417.50 | 0.00 | 1,417.50 |
| Trustee, Expenses - BERNARD J. NATALE | 22.08 | 0.00 | 22.08 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 2,616.00 | 0.00 | 2,616.00 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 52.75 | 0.00 | 52.75 |
| Other Expenses: INTERNATIONAL SURETIES, LTD | 22.77 | 22.77 | 0.00 |

Total to be paid for chapter 7 administration expenses:   $ 4,108.33
Remaining balance:   $ 1,908.90

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $ 0.00
Remaining balance:   $ 1,908.90

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 1,908.90 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 38,495.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 6,464.15 | 0.00 | 320.54 |
| 2 | Chase Bank USA, N.A. | 14,232.03 | 0.00 | 705.73 |
| 3 | Chase Bank USA NA | 14,438.05 | 0.00 | 715.95 |
| 4 | American Express Centurion Bank | 3,361.36 | 0.00 | 166.68 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 1,908.90 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**