### PROOF OF SERVICE OF NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

**CASE NO: 07-70514**

**CASE NAME: BETTY ANN MANALLI**

STATE OF ILLINOIS                    )
                                     )  SS
COUNTY OF WINNEBAGO                  )

      The undersigned, being first duly sworn on oath deposes and states that she served the attached NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION by placing a true and correct copy of said in each envelope, as per attached:

SEE MATRIX

**(EXCEPT AS TO THOSE PARTIES TO RECEIVE ELECTRONIC NOTICE AS STATED IN THE U S BANKRUPTCY CLERK'S RECIEPT)**

      That she sealed said envelopes and placed sufficient U.S. postage on them; that she deposited said envelopes so sealed and stamped in the United States Mail at Rockford, Illinois, on the 16th day of March, 2015.

                       /s/ Denise Bennett

16th day of March, 2015

/s/   Mary D Magnuson
Notary Public

My commission expires February 21, 2016

PHH Mortgage Corporation
c/o Codilis and Associates, P.C.
15W030 North Frontage Road
Suite 100 Burr Ridge, IL
60527-6921

BMO Harris
 1210 South Alpine
Rockford, IL 61108-3946

American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Chase Bank USA NA
POBoxl5145
Wilmington, DE 19850-5145

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Chase Bank USA, N.A.
%Attorney Michael D. Fine 131
South Dearborn Street, Floor 5
Chicago, IL 60603-5517

Discover Financial
Services LLP
PO Box 3025
New Albany, OH 43054-3025

Dr. Edward Yavitz 4105
North Perryville
Loves Park, IL 61111-8653

OSF Hospital
St. Anthony Medical Center
5666 East State
Rockford, IL 61108-2472

OSF Medical Clinic
621 Roxbury Road
Rockford, IL 61107-5077

Rockford Anesthesiologist
2929 N Main Street
Rockford, IL 61103

Rockford Cardiology
444 Roxbury
Rockford, IL 61107

Rockford Endoscopy
401 Roxbury
Rockford, IL 61107-5078

Rockford Surgical
5668 East State Street
Rockford, IL 61108-2464

Upfront Rewards Visa Platinum
PO Box 888377
Grand Rapids, MI 49588-8377

Upfront Universal Savings Bank
PO Box 888377
Grand Rapids, MI 49588-8377

Chase Card Services 201 North
Walnut Street Attn Mark
Pascale MAIL STOP DEI-1406
Wilmington, DE 19801-2920

Betty Ann Manalli
7289 Colosseum Drive
Rockford, IL 61107-5231

Gary C Flanders
 1 Court Place Suite 201
Rockford, IL 61101-1088

Office of the U.S. Trustee
780 Regent Street
Suite 304
Madison, WI 53715-2635

Catherine Johnson
2027 Eastgate Parkway
Rockford IL 61108