**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: MANALLI, BETTY ANN § | Case No. 07-70514 |
| § | |
| , BAMBOOPS § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of The U S Bankruptcy Court
    327 S Church Street, Room 1100
    Rockford IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 04/08/2015 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  03/04/2015              By:  /s/BERNARD J. NATALE
                                                       Trustee

BERNARD J. NATALE  
6833 STALTER DRIVE  
SUITE 201  
ROCKFORD, IL  61108  
(815) 964-4700  
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: MANALLI, BETTY ANN | § | Case No. 07-70514 |
| | § | |
| , BAMBOOPS | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 6,675.00 |
| *and approved disbursements of* | $ | 657.77 |
| *leaving a balance on hand of* [1] | $ | 6,017.23 |
| **Balance on hand:** | $ | 6,017.23 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 6,017.23 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,417.50 | 0.00 | 1,417.50 |
| Trustee, Expenses - BERNARD J. NATALE | 22.08 | 0.00 | 22.08 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 2,616.00 | 0.00 | 2,616.00 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 52.75 | 0.00 | 52.75 |
| Other Expenses: INTERNATIONAL SURETIES, LTD | 22.77 | 22.77 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 4,108.33 |
| Remaining balance: | $ | 1,908.90 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 1,908.90 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 1,908.90 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 38,495.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 6,464.15 | 0.00 | 320.54 |
| 2 | Chase Bank USA, N.A. | 14,232.03 | 0.00 | 705.73 |
| 3 | Chase Bank USA NA | 14,438.05 | 0.00 | 715.95 |
| 4 | American Express Centurion Bank | 3,361.36 | 0.00 | 166.68 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 1,908.90 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 07-70514-TML
Betty Ann Manalli                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez              Page 1 of 1           Date Rcvd: Mar 16, 2015
                              Form ID: pdf006            Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2015.
```
db              #+Betty Ann Manalli,    7289 Colosseum Drive,    Rockford, IL 61107-5231
11226189          AmCore,    1210 South Alpine,    Rockford, IL 61108-3946
11226190          American Express,    PO Box 7863,    Fort Lauderdale, FL 33329-7863
11354913          American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11226204         ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                   WILMINGTON DE 19801-2920
                  (address filed with court: Washington Mutual,    PO Box 660433,    Dallas, TX 75266-0433)
11226191          Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
11665670         +Chase Bank USA NA,    PO Box 15145,    Wilmington, DE 19850-5145
11226192         +Chase Bank USA, N.A.,    %Attorney Michael D. Fine,    131 South Dearborn Street, Floor 5,
                   Chicago, IL 60603-5517
11226193          Chase Card Serivce,    PO Box 15298,    Wilmington, DE 19850-5298
11226195         +Dr. Edward Yavitz,    4105 North Perryvile,    Loves Park, IL 61111-8653
11226196          OSF Hospital/St. Anthony Medical Center,    5666 East State,    Rockford, IL 61108-2472
11226197         +OSF Medical Clinic,    621 Roxbury Road,    Rockford, IL 61107-5077
11226198         +Rockford Anesthesiologist,    2202 Harlem Road, #200,    Loves Park, IL 61111-2701
11226200         +Rockford Cardiology,    5668 East State,    Rockford, IL 61108-2492
11226199         +Rockford Cardiology,    5668 East State Street,    Rockford, IL 61108-2492
11226201         +Rockford Endoscopy,    401 Roxbury,    Rockford, IL 61107-5078
11226202          Rockford Surgical,    5668 East State Street,    Rockford, IL 61108-2464
11334183         +Upfront Rewards Visa Platinum,    PO Box 888377,    Grand Rapids, MI 49588-8377
11226203          Upfront Universal Savings Bank,    PO Box 888377,    Grand Rapids, MI 49588-8377
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
11314209         +E-mail/Text: bncmail@w-legal.com Mar 17 2015 01:39:15     Chase Bank USA, N.A.,
                   c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,    Seattle, WA 98121-2339
11226194          E-mail/PDF: mrdiscen@discover.com Mar 17 2015 01:35:02     Discover,   PO Box 15251,
                   Wilmington, DE 19886-5251
11312288         +E-mail/PDF: mrdiscen@discover.com Mar 17 2015 01:35:02
                   Discover Bank/Discover Financial Services,    PO Box 3025,    New Albany OH 43054-3025
                                                                                              TOTAL: 3
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14361485*         CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE   19850-5145
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2015                                   Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2015 at the address(es) listed below:
```
              Bernard J Natale    on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com
              Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
              Gary C Flanders    on behalf of Debtor Betty Ann Manalli garyflanders@sbcglobal.net
              Gloria C  Tsotsos    on behalf of Creditor    PHH Mortgage Corporation nd-two@il.cslegal.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                              TOTAL: 5
```