# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: MANALLI, BETTY ANN | § | Case No. 07-70514-MB |
| | § | |
| , BAMBOOPS | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $111,825.00 *(without deducting any secured claims)* | Assets Exempt:  $21,500.00 |
| Total Distribution to Claimants:$1,908.90 | Claims Discharged Without Payment: $61,302.69 |
| Total Expenses of Administration:$4,766.10 | |

3)  Total gross receipts of $    6,675.00    (see **Exhibit 1** ), minus funds paid to the debtor
and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $6,675.00
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $72,500.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | 0.00 | 4,766.10 | 4,766.10 | 4,766.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5** ) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6** ) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 48,266.00 | 38,495.59 | 38,495.59 | 1,908.90 |
| **TOTAL DISBURSEMENTS** | $120,766.00 | $43,261.69 | $43,261.69 | $6,675.00 |

4)  This case was originally filed under Chapter 7 on March 08, 2007.
The case was pending for 99 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  06/15/2015          By:  /s/BERNARD J. NATALE
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
## FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1110 FERGUSON, ROCKFORD IL (FATHER'S HOME 1/3) | 1110-000 | 6,675.00 |
| **TOTAL GROSS RECEIPTS** | | $6,675.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | AmCore | 4110-000 | 9,900.00 | N/A | N/A | 0.00 |
| NOTFILED | AmCore | 4110-000 | 62,600.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $72,500.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 2,616.00 | 2,616.00 | 2,616.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 10.84 | 10.84 | 10.84 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 0.00 | 0.00 | 0.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 3.75 | 3.75 | 3.75 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 6.90 | 6.90 | 6.90 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 1.28 | 1.28 | 1.28 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 0.00 | 0.00 | 0.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,417.50 | 1,417.50 | 1,417.50 |
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 52.75 | 52.75 | 52.75 |
| BERNARD J. NATALE | 2200-000 | N/A | 22.08 | 22.08 | 22.08 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,766.10 | $4,766.10 | $4,766.10 |

## EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 − PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 6,000.00 | 6,464.15 | 6,464.15 | 320.54 |
| 2 | Chase Bank USA, N.A. | 7100-000 | N/A | 14,232.03 | 14,232.03 | 705.73 |
| 3 | Chase Bank USA NA | 7100-000 | 14,500.00 | 14,438.05 | 14,438.05 | 715.95 |
| 4 | American Express Centurion Bank | 7100-000 | 3,050.00 | 3,361.36 | 3,361.36 | 166.68 |
| NOTFILED | Rockford Cardiology | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Rockford Cardiology | 7100-000 | 5.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Endoscopy | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual | 7100-000 | 7,850.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Surgical | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Rockford Anesthesiologist | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Upfront Universal Savings Bank | 7100-000 | 14,150.00 | N/A | N/A | 0.00 |
| NOTFILED | OSF Hospital/St. Anthony Medical Center | 7100-000 | 45.00 | N/A | N/A | 0.00 |
| NOTFILED | OSF Medical Clinic | 7100-000 | 156.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 2,275.00 | N/A | N/A | 0.00 |
| NOTFILED | Dr. Edward Yavitz | 7100-000 | 145.00 | N/A | N/A | 0.00 |
| NOTFILED | OSF Hospital/St. Anthony Medical Center | 7100-000 | 90.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $48,266.00 | $38,495.59 | $38,495.59 | $1,908.90 |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | |
|---|---|
| **Case Number:** 07-70514-MB | **Trustee:** (330370)  BERNARD J. NATALE |
| **Case Name:** MANALLI, BETTY ANN | **Filed (f) or Converted (c):** 03/08/07 (f) |
| | **§341(a) Meeting Date:** 04/05/07 |
| **Period Ending:** 06/15/15 | **Claims Bar Date:** 07/11/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>**Ref. #** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| 1    7289 COLOSSEUM DR ROCKFORD IL (RESIDENCE) | 90,000.00 | 0.00 | | 0.00 | FA |
| 2    1110 FERGUSON, ROCKFORD IL (FATHER'S HOME 1/3)<br>   Order entered on 3/2/15 approving abandonment of remaining balance due. | 15,500.00 | 11,300.00 | OA | 6,675.00 | FA |
| 3    CASH | 20.00 | 0.00 | | 0.00 | FA |
| 4    CHECKING - AMCORE BANK | 200.00 | 0.00 | | 0.00 | FA |
| 5    CHECKING - ASSOCIATED BANK | 140.00 | 0.00 | | 0.00 | FA |
| 6    SAVINGS - ROCKFORD MUNICIPAL CREDIT UNION | 130.00 | 0.00 | | 0.00 | FA |
| 7    HOUSEHOLD GOODS & FURNISHINGS | 3,000.00 | 0.00 | | 0.00 | FA |
| 8    TAPES, DVDS | 100.00 | 0.00 | | 0.00 | FA |
| 9    WEARING APPAREL | 60.00 | 60.00 | | 0.00 | FA |
| 10    JEWELRY | 100.00 | 0.00 | | 0.00 | FA |
| 11    CAMCORDER | 75.00 | 75.00 | | 0.00 | FA |
| 12    LIFE INSURANCE (DEATH BENEFIT ONLY) | 0.00 | 0.00 | | 0.00 | FA |
| 13    401K | 500.00 | 0.00 | | 0.00 | FA |
| 14    IMRF (MONTHLY BENEFIT) | 0.00 | 0.00 | | 0.00 | FA |
| 15    TAX REFUND ESTIMATED | Unknown | 350.00 | | 0.00 | FA |
| 16    1997 SATURN SC | 2,000.00 | 0.00 | | 0.00 | FA |
| **16    Assets    Totals** (Excluding unknown values) | **$111,825.00** | **$11,785.00** | | **$6,675.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

COURT APPROVED SALE OF DEBTOR'S INTEREST TO SISTER. PURCHASER LOST JOB AND CONTINUES TO MAKE PAYMENTS WHEN ABLE ON BALANCE DUE TO TRUSTEE . NO CHANGES FROM PRIOR REPORT EXCEPT FOR CONTINUED COLLECTION.

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 07-70514-MB | **Trustee:** (330370) | BERNARD J. NATALE |
| **Case Name:** MANALLI, BETTY ANN | **Filed (f) or Converted (c):** | 03/08/07 (f) |
| | **§341(a) Meeting Date:** | 04/05/07 |
| **Period Ending:** 06/15/15 | **Claims Bar Date:** | 07/11/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):**    December 31, 2007      **Current Projected Date Of Final Report (TFR):**      March 4, 2015  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 07-70514-MB | **Trustee:** BERNARD J. NATALE (330370) |
| **Case Name:** MANALLI, BETTY ANN | **Bank Name:** The Bank of New York Mellon |
| | **Account:** ****-********-65 - Checking Account |
| **Taxpayer ID #:** **-***9892 | **Blanket Bond:** $8,842,000.00  (per case limit) |
| **Period Ending:** 06/15/15 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/01/11 | {2} | Catherine Johnson | Acct #100; Payment #1; Pymt on Purchase of Real Estate | 1110-000 | 350.00 | | 350.00 |
| 08/02/11 | {2} | Catherine Johnson | Acct #100; Payment #2; Pymt on Compromise Re: Real Estate | 1110-000 | 350.00 | | 700.00 |
| 09/06/11 | {2} | Catherine Johnson | Acct #100; Payment #3; 3rd Pymt on Compromise Re: Real Estate | 1110-000 | 350.00 | | 1,050.00 |
| 10/03/11 | {2} | Catherine Johnson | Acct #100; Payment #4; Pymt on Real Estate Compromise | 1110-000 | 350.00 | | 1,400.00 |
| 10/31/11 | {2} | Catherine Johnson | Acct #100; Payment #5; Pymt on Compromise | 1110-000 | 350.00 | | 1,750.00 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,725.00 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,700.00 |
| 12/05/11 | {2} | Catherine Johnson | Acct #100; Payment #6; Payment on Compromise on Real Estate | 1110-000 | 350.00 | | 2,050.00 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,025.00 |
| 01/03/12 | {2} | Catherine Johnson | Acct #100; Payment #7; Pymt on Compromise Re: Property | 1110-000 | 350.00 | | 2,375.00 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,350.00 |
| 02/02/12 | {2} | Catherine Johnson | Acct #100; Payment #8; Pymt on Real Estate | 1110-000 | 350.00 | | 2,700.00 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,675.00 |
| 03/05/12 | {2} | Catherine Johnson | Acct #100; Payment #9; Payment on Compromise Re: Real Estate | 1110-000 | 350.00 | | 3,025.00 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,000.00 |
| 04/03/12 | {2} | Catherine Johnson | Acct #100; Payment #10; Pymt on Compromise Re: Real Estate | 1110-000 | 350.00 | | 3,350.00 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,325.00 |
| 05/03/12 | {2} | Catherine Johnson | Acct #100; Payment #11; Pymt on Real Estate Compromise | 1110-000 | 350.00 | | 3,675.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,650.00 |
| 06/04/12 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2012 FOR CASE #07-70514, #016018067 | 2300-000 | | 6.90 | 3,643.10 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,618.10 |
| 07/06/12 | {2} | Catherine Johnson | Acct #100; Payment #12; Pymt on Real Estate | 1110-000 | 350.00 | | 3,968.10 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,943.10 |
| 08/07/12 | {2} | Catherine Johnson | Acct #100; Payment #13; Pymt on Compromise Re Real Estate | 1110-000 | 350.00 | | 4,293.10 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,268.10 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,243.10 |

Subtotals :    $4,550.00    $306.90

{} Asset reference(s)    Printed: 06/15/2015 12:19 PM    V.13.23

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 07-70514-MB |
| Case Name: | MANALLI, BETTY ANN |
| Taxpayer ID #: | **-***9892 |
| Period Ending: | 06/15/15 |

| | |
|---|---|
| Trustee: | BERNARD J. NATALE (330370) |
| Bank Name: | The Bank of New York Mellon |
| Account: | ****-********-65 - Checking Account |
| Blanket Bond: | $8,842,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,218.10 |
| 11/05/12 | {2} | Catherine Johnson | Acct #100; Payment #14; Pymt on<br>Compromise of Real Estate | 1110-000 | 350.00 | | 4,568.10 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,543.10 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,518.10 |
| 01/17/13 | | RABOBANK MIGRATION<br>TRANSFER OUT | TRANSFER TO 0001033037088<br>20130117 | 9999-000 | | 4,518.10 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 4,900.00 | 4,900.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 4,518.10 | |
| Subtotal | 4,900.00 | 381.90 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $4,900.00 | $381.90 | |

{} Asset reference(s)

Printed: 06/15/2015 12:19 PM    V.13.23

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 07-70514-MB | | Trustee: | BERNARD J. NATALE (330370) | | |
| Case Name: | MANALLI, BETTY ANN | | Bank Name: | Rabobank, N.A. | | |
| | | | Account: | ********65 - Checking Account | | |
| Taxpayer ID #: | **-***9892 | | Blanket Bond: | $8,842,000.00  (per case limit) | | |
| Period Ending: | 06/15/15 | | Separate Bond: | N/A | | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 4,518.10 | | 4,518.10 |
| 01/31/13 | {2} | Catherine Johnson | Acct #100; Payment #15; Pymt on Compromise Re: Real Estate | 1110-000 | 350.00 | | 4,868.10 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,858.10 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,848.10 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,838.10 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,828.10 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,818.10 |
| 06/03/13 | 11002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/03/2013 FOR CASE #07-70514, Pymt Bond #016018067 Voided on 06/03/13 | 2300-003 | | 3.63 | 4,814.47 |
| 06/03/13 | 11002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/03/2013 FOR CASE #07-70514, Pymt Bond #016018067 Voided: check issued on 06/03/13 | 2300-003 | | -3.63 | 4,818.10 |
| 06/03/13 | 11003 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2013 FOR CASE #07-70514, Pymt of Bond #016018067 for 06/01/13 to 06/01/14 | 2300-000 | | 3.75 | 4,814.35 |
| 06/24/13 | {2} | Catherine Johnson | Acct #100; Payment #16; Pymt on Real Estate | 1110-000 | 200.00 | | 5,014.35 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,004.35 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,994.35 |
| 08/19/13 | | Catherine Johnson | Acct #100; Payment #16, 17; Partial Payment on Mo to Compromise Re: Real Estate | | 175.00 | | 5,169.35 |
| | {2} | | Acct #100; Payment #16;          150.00 Partial Payment on Mo to Compromise Re: Real Estate | 1110-000 | | | 5,169.35 |
| | {2} | | Acct #100; Payment #17;           25.00 Partial Payment on Mo to Compromise Re: Real Estate | 1110-000 | | | 5,169.35 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,159.35 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,149.35 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,139.35 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,129.35 |

Subtotals :          $5,243.10          $113.75

{} Asset reference(s)

Printed: 06/15/2015 12:19 PM    V.13.23

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 07-70514-MB | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | MANALLI, BETTY ANN | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ********65 - Checking Account |
| Taxpayer ID #: | **-***9892 | | Blanket Bond: | $8,842,000.00  (per case limit) |
| Period Ending: | 06/15/15 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,119.35 |
| 01/23/14 | | Catherine Johnson | Acct #100; Payment #17, 18; Pymt on Compromise - Real Estate | | 350.00 | | 5,469.35 |
| | {2} | | Acct #100; Payment #17;        325.00<br>Pymt on Compromise -<br>Real Estate | 1110-000 | | | 5,469.35 |
| | {2} | | Acct #100; Payment #18;        25.00<br>Pymt on Compromise -<br>Real Estate | 1110-000 | | | 5,469.35 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,459.35 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,449.35 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,439.35 |
| 04/09/14 | | Catherine Johnson | Acct #100; Payment #18, 19; Pymt on Real Estate Compromise | | 350.00 | | 5,789.35 |
| | {2} | | Acct #100; Payment #18;        325.00<br>Pymt on Real Estate<br>Compromise | 1110-000 | | | 5,789.35 |
| | {2} | | Acct #100; Payment #19;        25.00<br>Pymt on Real Estate<br>Compromise | 1110-000 | | | 5,789.35 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,779.35 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,769.35 |
| 06/03/14 | 11004 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2014 FOR CASE #07-70514 | 2300-000 | | 10.84 | 5,758.51 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,748.51 |
| 07/14/14 | 11005 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/14/2014 FOR CASE #07-70514, 016018067<br>Voided on 07/14/14 | 2300-003 | | 0.41 | 5,748.10 |
| 07/14/14 | 11005 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/14/2014 FOR CASE #07-70514, 016018067<br>Voided: check issued on 07/14/14 | 2300-003 | | -0.41 | 5,748.51 |
| 07/14/14 | 11006 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/03/2014 FOR CASE #07-70514, BOND #016018067 | 2300-000 | | 1.28 | 5,747.23 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,737.23 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,727.23 |

| | | | Subtotals : | | $700.00 | $102.12 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 07-70514-MB |
| Case Name: | MANALLI, BETTY ANN |
| | |
| Taxpayer ID #: | **-***9892 |
| Period Ending: | 06/15/15 |

| | |
|---|---|
| Trustee: | BERNARD J. NATALE (330370) |
| Bank Name: | Rabobank, N.A. |
| Account: | ********65 - Checking Account |
| Blanket Bond: | $8,842,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/08/14 | | Catherine Johnson | Acct #100; Payment #19, 20; Pymt on Compromise | | 350.00 | | 6,077.23 |
| | {2} | | Acct #100; Payment #19;          325.00<br>Pymt on Compromise | 1110-000 | | | 6,077.23 |
| | {2} | | Acct #100; Payment #20;           25.00<br>Pymt on Compromise | 1110-000 | | | 6,077.23 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,067.23 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,057.23 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,047.23 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,037.23 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,027.23 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,017.23 |
| 04/08/15 | 11007 | Discover Bank | Distribution paid   4.95% on $6,464.15; Claim# 1; Filed: $6,464.15; Reference: 3835 | 7100-000 | | 320.54 | 5,696.69 |
| 04/08/15 | 11008 | Chase Bank USA, N.A. | Distribution paid   4.95% on $14,232.03; Claim# 2; Filed: $14,232.03; Reference: 5226 | 7100-000 | | 705.73 | 4,990.96 |
| 04/08/15 | 11009 | Chase Bank USA NA | Distribution paid   4.95% on $14,438.05; Claim# 3; Filed: $14,438.05; Reference: 7205 | 7100-000 | | 715.95 | 4,275.01 |
| 04/08/15 | 11010 | American Express Centurion Bank | Distribution paid   4.95% on $3,361.36; Claim# 4; Filed: $3,361.36; Reference: 1005 | 7100-000 | | 166.68 | 4,108.33 |
| 04/08/15 | 11011 | BERNARD J. NATALE | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,439.58 | 2,668.75 |
| | | | Dividend paid 100.00%          1,417.50<br>on $1,417.50;  Claim#<br>TRTE; Filed: $1,417.50 | 2100-000 | | | 2,668.75 |
| | | | Dividend paid 100.00%           22.08<br>on $22.08;  Claim#<br>EXPTRTE; Filed: $22.08 | 2200-000 | | | 2,668.75 |
| 04/08/15 | 11012 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXPATTY | | | 2,668.75 | 0.00 |
| | | | Dividend paid 100.00%          2,616.00<br>on $2,616.00;  Claim#<br>ATTY; Filed: $2,616.00;<br>Reference: ATTY FEES<br>4/10/07-3/04/15 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%           52.75<br>on $52.75;  Claim#<br>EXPATTY; Filed: $52.75;<br>Reference: EXP FOR | 3120-000 | | | 0.00 |

Subtotals :

$350.00    $6,077.23

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 07-70514-MB | **Trustee:** BERNARD J. NATALE (330370) |
| **Case Name:** MANALLI, BETTY ANN | **Bank Name:** Rabobank, N.A. |
| | **Account:** *******65 - Checking Account |
| **Taxpayer ID #:** **-***9892 | **Blanket Bond:** $8,842,000.00 (per case limit) |
| **Period Ending:** 06/15/15 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 4/10/07-5/25/11 | | | | |
| | | | **ACCOUNT TOTALS** | | 6,293.10 | 6,293.10 | $0.00 |
| | | | Less: Bank Transfers | | 4,518.10 | 0.00 | |
| | | | **Subtotal** | | 1,775.00 | 6,293.10 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,775.00** | **$6,293.10** | |

| | |
|---|---|
| Net Receipts : | 6,675.00 |
| Net Estate : | $6,675.00 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****-********-65** | 4,900.00 | 381.90 | 0.00 |
| **Checking # ********65** | 1,775.00 | 6,293.10 | 0.00 |
| | $6,675.00 | $6,675.00 | $0.00 |

{} Asset reference(s)

Printed: 06/15/2015 12:19 PM    V.13.23